UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case # 14-2035 MK |
| | ) | JUDGE KNOWLES |
| RODNEY L. WILLIAMS | ) | |
| | ) | |

## MOTION TO DISMISS COMPLAINT

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests this Court dismiss the complaint against Rodney Williams. The complaint and warrant was issued on July 30, 2014, charging Williams with Escape, in violation of 18 U.S.C. §751(a). Shortly after this Court issued the warrant, Williams was located and returned to the custody of the United States Bureau of Prisons. Since that time and as part of the investigation, the government has learned of information that has resulted in the decision to decline prosecution in this case. Wherefore, the government requests that this complaint and warrant be dismissed.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey_____
S. Carran Daughtrey
Assistant U. S. Attorney
110 9th Avenue, South, Suite A-961